NORTHERN PAC. RY. CO. v. DUDLEY et al. (Circuit Court of Appeals, Ninth Circuit. October 19, 1897.) No. 394. Appeal from the Circuit Court of the United States for the Northern Division of the District of Idaho. Dudley, Bunn & Dudley and F. M. Dudley, for appellant. Dismissed, upon motion of appellant.

---

OHLMAN et al. v. WATTERS et al. (Circuit Court of Appeals, Eighth Circuit. September 13, 1897.) No. 866. In Error to the Circuit Court of the United States for the District of South Dakota. A. B. Kittredge, L. B. French, and A. H. Orvis, for plaintiffs in error. Joe Kirby and D. H. Sullivan, for defendants in error. Dismissed, with costs, pursuant to stipulation of parties.

---

PACIFIC CABLE RY. CO. v. BUTTE CITY ST. RY. CO. (Circuit Court of Appeals, Ninth Circuit. January 15, 1894.) No. 112. Appeal from the Circuit Court of the United States for the District of Montana. Wm. F. Booth, for appellant. Geo. H. Knight, for appellee. Dismissed. See 58 Fed. 420.

---

PACIFIC CABLE RY. CO. v. PIEDMONT CABLE CO. (Circuit Court of Appeals, Ninth Circuit. January 10, 1893.) No. 94. Appeal from the Circuit Court of the United States for the Northern District of California. Wm. F. Booth, for appellant. Wheaton, Kalloch & Kierce, for appellee. Dismissed, on motion of counsel for appellant, and on consent of counsel for appellee.

---

P. DOUGHERTY CO. v. ALBEMARLE & C. CANAL CO. (Circuit Court of Appeals, Fourth Circuit. May 6, 1897.) No. 218. Appeal from the Circuit Court of the United States for the Eastern District of Virginia. Robt. H. Smith and William W. Old, for appellant. William H. White and Robt. N. Hughes, for appellee. Dismissed, on motion of appellant.

---

PHŒNIX STONE CO. v. DUNHAM TOWING & WRECKING CO. (Circuit Court of Appeals, Seventh Circuit. October 4, 1897.) No. 459. Appeal from the Circuit Court of the United States for the Northern District of Illinois. C. E. Kremer, for Phœnix Stone Co. Dismissed, for failure to docket.

---

PRESTON v. HUNTER et al. (Circuit Court of Appeals, Ninth Circuit. April 29, 1895.) No. 190. In Error to the Circuit Court of the United States for the District of Montana. Albert Allen, for plaintiff in error. McConnell, Clayberg & Gunn, for defendant in error. No opinion. Reversed, pursuant to decision in Preston v. Hunter, 29 U. S. App. 621, 15 C. C. A. 148, and 67 Fed. 996.